**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Guadalupe Antonio CASTILLO– ALVARADO, Defendant– Appellant.**

**No. 15–10292.**

United States Court of Appeals, Ninth Circuit.

Submitted March 15, 2016.*

Filed March 21, 2016.

Andrew C. Stone USPX–Office of The U.S. Attorney Phoenix, AZ, for Plaintiff– Appellee.

Douglas Erickson, Maynard Cronin Erickson Curran & Sparks, PLC, Phoenix, AZ, for Defendant–Appellee.

Before: GOODWIN, LEAVY, and CHRISTEN, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Guadalupe Antonio Castillo–Alvarado appeals from the district court's judgment and challenges the sentence of 13 months and one day imposed following his guilty-plea conviction for possession with intent to distribute marijuana and aiding and abetting, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(D) and 18 U.S.C. § 2. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Castillo–Alvarado's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Castillo–Alvarado the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Castillo–Alvarado waived his right to appeal his sentence. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson,* 582 F.3d 974, 986–88 (9th Cir.2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is GRANTED.

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.